**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6216

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES THOMAS WEBB,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00301-D-1)

Submitted:  May 31, 2022                                        Decided:  July 21, 2022

Before GREGORY, Chief Judge, THACKER, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Thomas Webb, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, Lucy Partain Brown, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Webb appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and his motion for consolidated proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Webb*, No. 5:12-cr-00301-D-1 (E.D.N.C. Jan. 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*